IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PAULA JOHNSON, on her own behalf and**
**others similarly situated,**

    **Plaintiffs**

v.                                                           **CASE NO.    8:11-CV-1126-T-26AEP**

**OHM TEERTH, INC., a Florida Corporation,**
**and JITEN PATEL, individually,**

    **Defendants.**
_____/

## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISCOVERY REQUEST

COME NOW the Defendants, OHM TEERTH, INC., a Florida Corporation, and JITEN PATEL, pursuant to Federal Rule of Civil Procedure 6, and hereby file this Joint Motion for Extension of Time to Respond to Discovery Request, and in support thereof, state as follows:

1. In accordance with this Court's Case Management and Scheduling Order entered by this Court on August 23, 2011 (Doc. #10), the due date for Discovery is December 31, 2011.

2. Defendant, Jiten Patel, had to leave the country for India on December 2, 2011, and will not return to the United States until January 2, 2012.

3. Counsel for both parties have conferred and mutually request an extension of time for ninety (90) days, to April 2, 2012, to respond to the Discovery.

2. There will be no prejudice to Plaintiff or Defendant, should the Court grant this Motion.

3. Pursuant to Local Rule 3.01G, the undersigned has contacted counsel for the Defendant who does not object to this extension of time.

## MEMORANDUM OF LAW

4.	Federal Rule of Civil Procedure 6(b) provides that the Court, for cause shown, may in its discretion, order an enlargement of any time period under the rules.

5.	The granting of an extension will allow Plaintiff and Defendant to complete the Discovery request as directed by this Court.

WHEREFORE, this Court should grant an extension of time up to and including April 2, 2012, to respond to this Court's Discovery request.

Respectfully submitted:

/s/ Christie D. Arkovich
Christie D. Arkovich, Esq.
Florida Bar #963690
Rashi Arya-Blankenship, Esq.
Florida Bar #83997
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, has been furnished by electronic transmission and/or regular United States Mail to: Keith M. Stern, Esq., Shavitz Law Group, P.A., Suite 404, 1515 S. Federal Hwy., Boca Raton, FL 33432, this December 13, 2011.

/s/ Christie D. Arkovich
Christie D. Arkovich, Esq.